FOURTH DEPARTMENT, APRIL, 1935.

HELEN KAWCZYNSKI, Individually and as Administratrix, etc., of FRANK KAWCZYNSKI, Deceased, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment reversed on the facts and new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury that the insured was in sound health on the date of the policy, April 10, 1933, is against the weight of the evidence. Two theories of recovery were submitted to the jury and the general verdict leaves it inconclusive as to the theory upon which the verdict was founded. A reversal must be had if either theory is unsupported by adequate evidence. (*Tryon* v. *Willbank*, 234 App. Div. 335; *Cohen* v. *Jaffe*, 218 id. 259; *Perham* v. *Cottle*, 98 Misc. 48; affd., 178 App. Div. 949.) All concur, Crosby, J., also voting for reversal on the law on the ground that it was error to permit the jury to find a waiver on the part of the defendant based upon knowledge acquired by the agent at the time of the delivery of the policy which, regardless of the date of policy, must have been after the policy was dated and took effect; except Taylor and Edgcomb, JJ., who dissent and vote for affirmance. (The judgment awarded plaintiff partial recovery of death benefit under three life insurance policies.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GORDON WILSON, Respondent, v. ALEXANDER T. SIMPSON and Others, Appellants. — Judgments reversed on the law and facts and complaint dismissed, with costs in all courts to the appellants. Memorandum. The record presents nothing to support a finding that defendant failed in any duty which it owed to plaintiff and the finding of plaintiff's freedom from contributory negligence is contrary to the evidence. (*Hudson* v. *Church of Holy Trinity*, 250 N. Y. 513.) All concur. (The judgment was for plaintiff in a negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

OREN LYONS, Respondent, v. IVA BILLINGS LYONS, Appellant, and Others, Defendants.— Judgment affirmed, with costs. All concur. (The judgment awards possession to plaintiff in an action in ejectment, concerning realty on the Onondaga Indian Reservation.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EASTERN ROCK PRODUCTS, INCORPORATED, Respondent, v. RITEWAY CONSTRUCTION CORPORATION, Appellant.— Judgment reversed on the law and the facts, with costs, and complaint dismissed, with costs. Certain findings of fact disapproved and reversed and new findings made. Memorandum. The evidence establishes an accord and satisfaction, and that the plaintiffs were entitled to the lower price upon which the amount due was to be computed by the terms of the contract. All concur. (The judgment granted foreclosure of mechanic's lien.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

KATHERINE OLEY, as Administratrix, etc., of JEREMIAH J. CLANCY, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 20547.) — Judgment affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal and dismissal of the claim. (The judgment awards damages for difference between wages paid intestate and the prevailing rate in locality where he was employed.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ